No. 82–1177. AETNA CASUALTY & SURETY CO. ET AL. *v.* UNITED STATES ET AL. C. A. 4th Cir. Motion of petitioners to defer consideration of the petition for writ of certiorari denied. Certiorari denied.

No. 82–1426. UNGER *v.* CONSOLIDATED FOODS CORP. C. A. 7th Cir. Certiorari denied. JUSTICE BLACKMUN would grant certiorari.